IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GLORIA ALBAVERA AND ELVIRA RODRIGUEZ, § § § § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. 4:12-CV-02003 |
| § | |
| EBRAHIM ZIAFAT, M.D., P.A., AND EBRAHIM ZIAFAT, § § § | |
| Defendants. § | |

## MEDIATOR'S LOCAL RULE 16.4K(2) REPORT

A half-day mediation occurred in the above-captioned case on Tuesday, April 2, 2013. The plaintiffs, Gloria Albavera and Elvira Rodriguez, attended the mediation, and plaintiffs were represented at the mediation by Melissa Moore and Curt Hesse of Moore & Associates, Lyric Center, 440 Louisiana, Suite 675, Houston, Texas 77002, (713) 222-6775. Defendant Ebrahim Ziafat attended the mediation on behalf of the defendants, and he was represented at the mediation by Matthew Noll, Zukowski, Bresenhan, Sinex & Petry, LLP, 1177 West Loop South, Suite 1100, Houston, Texas 77027, (713) 965-9969.

This is a Fair Labor Standard Act case for alleged unpaid overtime. The ADR provider is Richard R. Brann. The ADR method was mediation.

The case settled following mediation after continued facilitated negotiations between the parties.

The fees paid to the mediator total $1,200.00, with $600.00 paid by the plaintiff and $600.00 paid by the defendants.

Date:  April 26, 2013

Respectfully submitted,

By: /s/Richard. R Brann
    Richard R. Brann
    Mediator
    Federal Bar No. 00833
    State Bar No. 02888000
    Houston, Texas  77002-4995
    Telephone: (713) 229-1234
    Facsimile:  (713) 229-1522